IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Banks, Mildred P

Printed: 2/12/08

Case Number:  06 B 08544
Judge: Squires, John H
Filed:  7/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: October 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,025.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,922.34 |
| Trustee Fee: |  | 102.66 |
| Other Funds: |  | 0.00 |
| Totals: | 2,025.00 | 2,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 2,874.00 | 1,922.34 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 6,179.05 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 821.48 | 0.00 |
| 5. | Capital One | Unsecured | 105.90 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 37.22 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 218.83 | 0.00 |
|  |  |  | $ 10,236.48 | $ 1,922.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 53.52 |
| 5.4% | 49.14 |
|  | $ 102.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

